RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  LUIS R. CIUDADREAL        Atty:  RUSSELL L LOW ESQ
439 67TH STREET               LOW & LOW ESQS
WEST NEW YORK,  NJ  07093      505 MAIN STREET, SUITE 304
                                 HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-18230

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 10/11/2023 | $500.00 | 6777101953 | 12/05/2023 | $500.00 | 6777101983 |
| 12/13/2023 | $500.00 | 6777101988 | | | |

**Total Receipts: $1,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 160.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AARON SALES & LEASE OW | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | AARON'S SALES & LEASE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | AMSHER COLLECTION SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CITIBANK/BEST BUY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | COMENITY/MPRC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | GARANTICE SU FUTURO LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | HACKENSACK MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | NORTH JERSEY FCU | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | NATIONSTAR MORTGAGE LLC | (NEW) Prepetition / | 172,060.70 | 100.00% | 0.00 | 0.00 |
| 0012 | NORTH HUDSON SEWERAGE AUTHORITY | SECURED | 5,238.27 | 100.00% | 0.00 | |
| 0013 | PSEG CO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | SPIOTTI & ESPOSITO P.C. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | SUEZ WATER NEW JERSEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0019 | VERIZON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | VERIZON WIRELESS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-18230**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| 0023 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | PYOD LLC | UNSECURED | 993.57 | 0.00% | 0.00 | 0.00 |

**Total Paid:  $160.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $1,500.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $160.00          =          Funds on Hand: $1,840.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.