# <u>LOW & LOW</u>  ATTORNEYS AT LAW, LLC

505 Main Street, Hackensack, New Jersey 07601 (201)-343-4040 Fax# (201) 488-5788

**STANLEY W. LOW**                                                      **RUSSELL L. LOW**

June 11, 2024

Honorable Stacey L. Meisel
50 Walnut Street, 3rd Floor, Courtroom 3A
Newark, N.J. 07102

       **Re: Luis R. Ciudadrea**
       **Bankruptcy Case No. 23-18230**

Dear Honorable Stacey L. Meisel,

    This letter shall serve as a request of withdrawal  Docket No. 5.

    Should you require additional information or have any questions in regards to the above-mentioned, please do not hesitate to contact the undersigned.

Thank you,

/s/ Russell L. Low

**Russell L. Low**