| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>   LUIS R. CIUDADREAL |

Order Filed on June 26, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-18230

Hearing Date:  06/26/2024

Judge:  STACEY L. MEISEL

# ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

DATED: June 26, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s): LUIS R. CIUDADREAL

Case No.: 23-18230SLM

Caption of Order: Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 06/26/2024 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 6/26/2024 of the plan filed on 09/20/2023, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 7/10/2024 or the case will be dismissed with no further notice to Debtor or Debtor's Attorney; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.