Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18230−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis R. Ciudadreal
   aka Rolando Ciudad Real, aka Luis R
   Ciudadreal−Mendez
   439 67th Street
   West New York, NJ 07093

Social Security No.:
   xxx−xx−5876

Employer's Tax I.D. No.:

### NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/20/2023 and a confirmation hearing on such Plan has been scheduled for 12/13/2023.

The debtor filed a Modified Plan on 7/12/2024 and a confirmation hearing on the Modified Plan is scheduled for 8/14/2024 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 12, 2024
JAN: mlc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18230-SLM |
| Luis R. Ciudadreal | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 12, 2024 | Form ID: 186 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis R. Ciudadreal, 439 67th Street, West New York, NJ 07093-2405 |
| 520029613 | + | Garantice Su Futuro LLC, 3710 Kennedy Blvd, Union City, NJ 07087-2999 |
| 520029614 | + | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520132770 | + | Nationstar Mortgage LLC., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520132771 | + | Nationstar Mortgage LLC., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520067578 | + | North Hudson Sewerage Authority, 1600 Adams Street, Hoboken, New Jersey 07030-2304 |
| 520029616 | + | North Hudson Sewerage Authority, PO Box 71352, Philadelphia, PA 19176-1352 |
| 520029620 | + | Spiotti & Esposito P.C., Attorneys At Law, 271 US Highway 46, Suite F105-106, Fairfield, NJ 07004-2471 |
| 520029621 | + | Suez Water New Jersey, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2024 20:47:37 | Ally Financial Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520029606 | + | Email/Text: bankruptcynotices@aarons.com | Jul 12 2024 20:52:00 | AARON SALES & LEASE OW, 1015 COBB PLACE BLVD NW, KENNESAW, GA 30144-3672 |
| 520029607 | + | Email/Text: bankruptcynotices@aarons.com | Jul 12 2024 20:52:00 | AARON'S SALES & LEASE, ATTN: LEGAL DEPT, 400 GALLERIA PKWY SE, SUITE 300, ATLANTA, GA 30339-3182 |
| 520029608 | + | Email/Text: bsimmons@amsher.com | Jul 12 2024 20:52:00 | AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, BIRMINGHAM, AL 35244-3271 |
| 520037826 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 12 2024 21:03:58 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520029609 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 12 2024 21:15:46 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520029611 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 12 2024 20:48:22 | CITIBANK/BEST BUY, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 520029612 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 12 2024 20:52:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520029614 | + | Email/Text: HUMCBankruptcy@hmhn.org | | |

| Recip ID | Bypass/Notice Type | Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 12 2024 20:52:00 | Hackensack Medical Center, 30 Prospect Avenue, Hackensack, NJ 07601-1915 |
| 520029615 | ^ MEBN | | Jul 12 2024 20:46:37 | Logs Legal Law Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520094896 | Email/Text: nsm_bk_notices@mrcooper.com | | Jul 12 2024 20:51:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520029617 | + Email/Text: bankruptcy@njfcu.org | | Jul 12 2024 20:52:00 | NORTH JERSEY FCU, 711 UNION BLVD, TOTOWA, NJ 07512-2207 |
| 520029618 | + Email/Text: nsm_bk_notices@mrcooper.com | | Jul 12 2024 20:51:00 | NSTAR/COOPER, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 520029619 | ^ MEBN | | Jul 12 2024 20:43:40 | PSEG CO, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520094720 | + Email/PDF: resurgentbknotifications@resurgent.com | | Jul 12 2024 20:47:45 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520029622 | + Email/Text: bankruptcydepartment@tsico.com | | Jul 12 2024 20:52:00 | Transworld Systems, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 520029625 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Jul 12 2024 20:50:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 520029624 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Jul 12 2024 20:50:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 520029623 | + Email/Text: hcouto@v-k-i.net | | Jul 12 2024 20:50:00 | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 520029626 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Jul 12 2024 20:50:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520029610 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

**Name**        **Email Address**

District/off: 0312-2 User: admin Page 3 of 3
Date Rcvd: Jul 12, 2024 Form ID: 186 Total Noticed: 30

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Luis R. Ciudadreal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7