UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Luis R. Ciudadreal

Case No.: 23-18230

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF RECEIPT OF LETTER REQUESTING RELIEF

TO: Luis R. Ciudadreal

This will confirm that on 8/5/2024 the Clerk's Office received a letter from you requesting relief from the Court. Please be advised that you must file either a formal motion/application or a complaint to request the relief being sought. Filing a letter does not preserve any deadline that may apply. The Court does not a have a complaint form. However, a generic form motion package is being forwarded to you with this Notice. Additional motion packages, as highlighted below, are also available on the Court's web site, www.njb.uscourts.gov. If you do not have access to the internet, you may contact the clerk's office for a copy.

- Motion for Relief from the Stay (Landlord),
- Motion to Reinstate the Automatic Stay,
- Motion to Reopen Case,
- Motion to Reopen a Case to File Certification about a Financial Management Course,
- Application to Waive the Filing Fee to Reopen Bankruptcy Case,
- Application to Extend Time to File Schedules.

The Court will not take any action regarding the relief requested unless you file a formal pleading with the Clerk. Your letter has been placed on the court's docket

Dated: 8/6/2024

Jeanne A. Naughton, Clerk

*rev.1/4/17*