Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−18230−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luis R. Ciudadreal
   aka Rolando Ciudad Real, aka Luis R
   Ciudadreal−Mendez
   439 67th Street
   West New York, NJ 07093

Social Security No.:
   xxx−xx−5876

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/14/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 14, 2024
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 23-18230-SLM

Luis R. Ciudadreal      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3

Date Rcvd: Aug 14, 2024      Form ID: 148      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis R. Ciudadreal, 439 67th Street, West New York, NJ 07093-2405 |
| 520029613 | + | Garantice Su Futuro LLC, 3710 Kennedy Blvd, Union City, NJ 07087-2999 |
| 520132770 | + | Nationstar Mortgage LLC., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520132771 | + | Nationstar Mortgage LLC., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520067578 | + | North Hudson Sewerage Authority, 1600 Adams Street, Hoboken, New Jersey 07030-2304 |
| 520029616 | + | North Hudson Sewerage Authority, PO Box 71352, Philadelphia, PA 19176-1352 |
| 520029620 | + | Spiotti & Esposito P.C., Attorneys At Law, 271 US Highway 46, Suite F105-106, Fairfield, NJ 07004-2471 |
| 520029621 | + | Suez Water New Jersey, Customer Service Center, 69 DeVoe Place, Hackensack, NJ 07601-6105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 00:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 00:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 15 2024 04:32:00 | Ally Financial Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520029606 | + | Email/Text: bankruptcynotices@aarons.com | Aug 15 2024 00:56:00 | AARON SALES & LEASE OW, 1015 COBB PLACE BLVD NW, KENNESAW, GA 30144-3672 |
| 520029607 | + | Email/Text: bankruptcynotices@aarons.com | Aug 15 2024 00:56:00 | AARON'S SALES & LEASE, ATTN: LEGAL DEPT, 400 GALLERIA PKWY SE, SUITE 300, ATLANTA, GA 30339-3182 |
| 520029608 | + | EDI: AMSHER.COM | Aug 15 2024 04:32:00 | AMSHER COLLECTION SERVICES, 4524 SOUTHLAKE PARKWAY, SUITE 15, BIRMINGHAM, AL 35244-3271 |
| 520037826 | + | EDI: AISACG.COM | Aug 15 2024 04:32:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520029609 | + | EDI: CAPITALONE.COM | Aug 15 2024 04:32:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520029611 | + | EDI: CITICORP | Aug 15 2024 04:32:00 | CITIBANK/BEST BUY, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 520029612 | + | EDI: WFNNB.COM | Aug 15 2024 04:32:00 | COMENITY/MPRC, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520029614 | + | Email/Text: HUMCBankruptcy@hmhn.org | Aug 15 2024 00:55:00 | Hackensack Medical Center, 30 Prospect Avenue, |

| Recip ID | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Hackensack, NJ 07601-1915 |
| 520029615 | ^ MEBN | Aug 15 2024 00:49:23 | Logs Legal Law Group LLP, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 520094896 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 00:54:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 520029617 | + Email/Text: bankruptcy@njfcu.org | Aug 15 2024 00:56:00 | NORTH JERSEY FCU, 711 UNION BLVD, TOTOWA, NJ 07512-2207 |
| 520029618 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 00:54:00 | NSTAR/COOPER, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 520029619 | ^ MEBN | Aug 15 2024 00:45:50 | PSEG CO, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520094720 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2024 00:52:01 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 520029622 | + Email/Text: bankruptcydepartment@tsico.com | Aug 15 2024 00:56:00 | Transworld Systems, Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 520029625 | + EDI: VERIZONCOMB.COM | Aug 15 2024 04:32:00 | VERIZON, VERIZON WIRELESS BK ADMIN, 500 TECHNOLOGY DR STE 550, WELDON SPRINGS, MO 63304-2225 |
| 520029624 | + EDI: VERIZONCOMB.COM | Aug 15 2024 04:32:00 | VERIZON, PO BOX 650584, DALLAS, TX 75265-0584 |
| 520029623 | + Email/Text: hcouto@v-k-i.net | Aug 15 2024 00:54:00 | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 520029626 | EDI: VERIZONCOMB.COM | Aug 15 2024 04:32:00 | Verizon Wireless, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520029610 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 16, 2024           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:

**Name**           **Email Address**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 148 | Total Noticed: 30 |

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC cshed@grosspolowy.com ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Russell L. Low
    on behalf of Debtor Luis R. Ciudadreal ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7